IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALLIANCE INVESTORS, LLC, a limited Liability company derivatively on behalf of BAYTREE LEASING COMPANY, LLC, a Delaware corporation, ) ) ) ) | |
| Plaintiff, ) | |
| v. ) | No. 1:11-cv-07563 |
| ) | |
| BAYTREE NATIONAL BANK AND TRUST COMPANY, a corporation, and BAYTREE LEASING COMPANY, LLC, a limited Liability company, ) ) ) ) ) | Honorable Sharon Johnson Coleman |
| Defendants. ) | |

**NOTICE OF MOTION**

TO: Peter M. Trobe         Lawrence C. Rubin/Lisa L. Clay
    Trobe Babowice & Associates, LLC    Shefsky & Froelich, Ltd.
    404 West Water Street     111 East Wacker Drive, #2800
    Waukegan, IL 60085        Chicago, IL 60601

**PLEASE TAKE NOTICE** that on **December 19, 2011, at 8:45 a.m**., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Sharon Johnson Coleman in Courtroom 1425, or any other judge as may be holding Court in her absence, in the courtroom usually occupied by her in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois, and then and there present ***Motion to Dismiss Complaint for Accounting, Constructive Trust and Other Relief And/Or For More Definite Statement*** and this ***Notice of Motion*** at which time and place you may appear as you see fit to do.

MOMKUS McCLUSKEY, LLC

By:   /s/ James S. Harkness

**PROOF OF SERVICE**

Under penalties as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, Lynn M. Hope certifies that she served a true and correct copy of the ***Notice of Motion*** and ***all referenced enclosures*** to all counsel of record via CM/ECF Electronic Notification from Lisle, Illinois 60532 on December 9, 2011.

/s/ Lynn M. Hope

James F. McCluskey (ARDC# 3124754)(Email: jfmccluskey@momlaw.com)
Jennifer L. Friedland (ARDC#6290274)(Email: jfriedland@momlaw.com)
James S. Harkness (ARDC # 6237256) (Email: jharkness@momlaw.com)
MOMKUS McCLUSKEY, LLC
1001 Warrenville Road, Suite 500
Lisle, IL 60532
(630) 434-0400, (630) 434-0444 Fax
Attorneys for Defendant
W:\26_59\5010.110438 Baytree Alliance Dispute\Pleadings\USDC Case\NOM 11.8.11.doc